NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN DOUGLAS DIAMOND,**
*Plaintiff-Appellant,*

**AND**

**ZAIDA GOLENA DEL ROSARIO,**
*Plaintiff,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5088

---

Appeal from the United States Court of Federal Claims in No. 13-cv-0292-SGB, Judge Susan G. Braden.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of Norman Douglas Diamond's motion for reconsideration of this court's August 19, 2014 order denying his "Motion to Make Precedential,"

2                                                    DIAMOND v. US


IT IS ORDERED THAT:

The motion is denied.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s19